# United States District Court
for the

_____     WESTERN     _____     DISTRICT OF     _____     OKLAHOMA     _____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.  MJ-22-395-SM |
| ) | |
| **CHANELL EASTON,** ) | |
|   a/k/a Chanell Bright, ) | |
|   a/k/a Chanell Cheney, ) | |
| ) | |
| **Defendant.** ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record:

I am authorized to practice in this Court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this Court.

Date:  May 26, 2022

s/Wilson D. McGarry  
WILSON D. McGARRY  
Assistant U.S. Attorney  
Bar Number:  31146  
210 Park Avenue, Suite 400  
Oklahoma City, Oklahoma  73102  
(405) 553-8700 (Office)  
(405) 553-8888 (Fax)  
wilson.mcgarry@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: All attorneys on record.

                                    <u>s/Wilson D. McGarry</u>
                                      WILSON D. McGARRY
                                      Assistant U.S. Attorney