# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA** )
)
VS. )
)
) **Case Number: M-22-395-SM**
)
) Charging District: Eastern District of California (Sacramento)
**Chanell Easton** )
**Defendant** ) Charging District's Case Number: 2:22-CR-0103-JAM
)

## ORDER APPOINTING COUNSEL

The above-named defendant having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds:

☒ That the affiant is financially unable to obtain counsel.

☒ Federal Public Defender is appointed to represent the above-named defendant in all futher proceedings in this District unless and until relieved by order of the Court. **Susan M. Otto**

☐ Federal Public Defender shall forth with furnish the name of a private attorney for appointment to represent the defendant. _____

☐ That the defendant is eligible for appointment of counsel, but has income or assets in excess of that needed for support of defendant and dependents, and therefore:

☐ Defendant will reimburse the government for the cost of providing representation commensurate with his / her ability to pay as determined by further order of the Court. _____

☐ That Defendant is not eligible for appointment of counsel but is entitled to both an immediate hearing and to the assistance of counsel and therefore,

☐ The Federal Public Defender is temporarily appointed to represent the defendant for purposes of initial appearance only.

Thursday, May 26, 2022
Date

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE