| | | |
|---|---|---|
| DATE: May 26, 2022 | **CRIMINAL COURTROOM MINUTE SHEET**<br>**INITIAL APPEARANCE on RULE 5** | CASE: M-22-395-SM |
| TIME IN COURT: 15 mins | | COURTROOM: 102 |
| **MAGISTRATE JUDGE SUZANNE MITCHELL** | | **COURTROOM DEPUTY LESA BOLES** |

**UNITED STATES OF AMERICA vs.** Chanell Easton

Defendant States true and correct name as: Chanell Renee Easton  AGE: 36

**Government Cnsl:** Dan Gridley  **Defendant Cnsl:** Susan Otto

**U.S. Probation Officer:** Joyclin Jaksons  Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel  Interpreter: _____

☐ Defendant advised of his / her right of consular notification, _____

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot obtain counsel.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Defendant informed of the ☐ Complaint ☒ Indictment and the charges pending against him / her in the prosecuting district.

Charging District: Eastern District of California (Sacramento)  Charging District case number: 2:22-CR-0103-JAM

## PRELIMINARY / RULE 5

☐ Defendant informed of his/her right to a Preliminary hearing.
  ☐ Defendant waives preliminary hearing; Written waiver entered.
  ☐ Defendant requests the preliminary hearing be conducted in the prosecuting district.
  ☐ Defendant requests the preliminary hearing be conducted in this district
    ☐ Preliminary hearing is set for: _____
  ☐ Preliminary hearing not required.

☒ Defendant waives identity hearing; Written waiver entered.

☒ Defendant advised of the provisions of Rule 20.

☐ Government produces the original warrant, a certified copy of the warrant or a reliable electronic form of either.

☐ Defendant waives production of original, certified copy or reliable electronic form of warrant.

## RELEASE / DETENTION

☒ Government recommends defendant be released on recommendations of USPO.

☐ Government recommends defendant be detained based on _____

☐ Government _____
  ☐ Upon motion of the Government and request for continuance by _____
  ☐ Detention Hearing is set for _____

☐ Defendant requests that the detention issue be held in abeyance until defendant is returned to charging district. The court finds good cause to exceed the time limits set forth by the Bail Reform Act, if necessary, in order to allow the U.S. Marshal sufficient time to transport defendant to the charging district. Defendant remanded to the custody of the U.S. Marshal.

**The Court Orders:**

☐ The United States Marshal for the Western District of Oklahoma is to remove defendant to the district in which he/she is charged and deliver defendant to the United States Marshal for that district or to some other officer authorized to receive him. Written Order entered.

☐ Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to the custody of the U.S. Marshal.

☒ Unsecured Bond set at $5,000.00 with conditions per Release Order.

☐ Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of the U.S. Marshal.

☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice