# United States District Court
**WESTERN DISTRICT OF OKLAHOMA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**CHANELL EASTON,**

        **Defendant.**

**APPEARANCE**

**CASE NUMBER:** MJ-22-395-SM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Chanell Easton, Defendant.

I certify that I am admitted to practice in this court. I certify that I am registered with the Court's Electronic Case Filing System.

 May 27, 2022

                                            s/ Susan M. Otto
                                            SUSAN M. OTTO
                                            FEDERAL PUBLIC DEFENDER
                                            Oklahoma Bar Number: 6818
                                            FEDERAL PUBLIC DEFENDER ORGANIZATION
                                            WESTERN DISTRICT OF OKLAHOMA
                                            215 Dean A. McGee   Suite 109
                                            Oklahoma City, Oklahoma 73102
                                            Telephone: 405 609-5930
                                            Telefacsimile: 405 609-5932
                                            Electronic Mail: Susan_Otto@fd.org
                                            COUNSEL FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the following ECF registrants: Wilson D. McGarry and Daniel Gridley, Assistant United States Attorneys.

                                        s/ Susan M. Otto
                                        SUSAN M. OTTO